**UNITED STATES BANKRUPTCY COURT**
NORTHERN   DISTRICT OF   ILLINOIS
EASTERN DIVISION

In re:   KURT R. RUSSELL   §   Case No. 11-28311
§   Hon. JACK B. SCHMETTERER
§   Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within _____ days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 01/05/2012 in Courtroom 682, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U. S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN DIVISION

In re: KURT R. RUSSELL § Case No. 11-28311
§ Hon. JACK B. SCHMETTERER
§ Chapter 7
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $10,000.00 |
| *and approved disbursements of* | $5.56 |
| *leaving a balance on hand of* [1] | $9,994.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $9,994.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,750.00 | $0.00 | $1,750.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $12.76 | $0.00 | $12.76 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $1,462.50 | $0.00 | $1,462.50 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* <u>*U.S. Bankruptcy Court*</u> | |
| *Fees,* <u>*United States Trustee*</u> | |
| Other | |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $3,225.26 |
| Remaining balance: | $6,769.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for             , Fees* | | | |
| *Attorney for             , Expenses* | | | |
| *Accountant for             , Fees* | | | |
| *Accountant for             , Expenses* | | | |
| Other | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $6,769.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $6,769.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,432.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  36.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA Card Services successor to Bank of America and MBNA | $4,087.81 | $0.00 | $1,501.25 |
| 2 | FIA Card Services successor to Bank of America and MBNA | $8,759.93 | $0.00 | $3,217.09 |
| 3 | FIA Card Services successor to Bank of America and MBNA | $1,011.60 | $0.00 | $371.51 |
| 4 | RBS Citizens | $4,316.80 | $0.00 | $1,585.35 |
| 5 | Sanctuary of Arlington Hts. Condominium Assn. | $255.91 | $0.00 | $93.98 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $6,769.18 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0____ percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
                Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Kurt R Russell  
    Debtor

Case No. 11-28311-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1   User: froman   Page 1 of 2   Date Rcvd: Dec 02, 2011  
                Form ID: pdf006   Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2011.
```
db          #+Kurt R Russell,    2234 S. Goebbert Rd., Unit # 118,   Arlington Heights, IL 60005-4217
17521387     Bank of America,   P.O. Box 15026,   Wilmington, DE 19886-5026
17521388     Charter One Card Services,   P.O. Box 42010,   Providence, RI 02940-2010
17947869    +++FIA CARD SERVICES NA successor in interest to,   Bank of America NA (USA)& MBNA,   PO Box 15102,
             Wilmington, DE 19886-5102
17682663     FIA CARD SERVICES, N.A.,   Bank of America and MBNA America,   PO Box 15102,
             Wilmington, DE 19886-5102
17521389     HSBC Card Services,   PO Box 17602,   Baltimore, MD 21297-1602
17693050    +RBS Citizens,    480 Jefferson Blvd,   RJE 135,   Warwick RI 02886-1359
17521392    +Sanctuary of Arlington Heights,    c/o Keay & Costello,PC/James A. Webb,
             128 South County Farm Road,   Wheaton, IL 60187-2400
17521391    +Sanctuary of Arlington Heights,    2234 S. Goebbert Rd.,   Arlington Heights, IL 60005-4277
17521390   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Lexus Financial Services,    P.O. Box 8026,   Cedar Rapids, IA 52409)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17521386    +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Dec 03 2011 07:15:08     Aurora Loan Services,
             10350 Park Meadows Drive,   Littleton, CO 80124-6800
```
                                                                                     TOTAL: 1

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2011**                                           **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1            User: froman              Page 2 of 2              Date Rcvd: Dec 02, 2011
                                Form ID: pdf006           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2011 at the address(es) listed below:

          Allan J DeMars    on behalf of Trustee Allan DeMars alland1023@aol.com
          Allan J DeMars    alland1023@aol.com
          Christopher M Brown    on behalf of Creditor  Aurora Loan Services, Inc. northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert R Benjamin    on behalf of Debtor Kurt Russell rrbenjamin@golanchristie.com, lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.com

          TOTAL: 5